UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MONIFA GRANT,

    Plaintiff,

v.                                      CASE NO. 8:19-cv-363-T-23JSS

REGAL AUTOMOTIVE
GROUP, INC.,

    Defendant.
_____/

## ORDER

The defendant moves (Doc. 158) to extend the time within which to respond to the plaintiff's motion (Doc. 148) for approval of the plaintiff's class notice plan. The motion to extend the time within which to respond is **GRANTED**. No later than **JULY 15, 2020**, the defendant must respond.

Also, the defendant moves (Doc. 147) to stay this action because "the Supreme Court granted certiorari" in a case that could either "moot this action" or "provide substantial guidance" for the resolution of this action. The impact of the Supreme Court's decision on this action is speculative and the defendant provides no reason why the defendant waited several months to move to stay the action. The defendant's motion (Doc. 147) to stay this action is **DENIED**.

ORDERED in Tampa, Florida, on June 30, 2020.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE