UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MONIFA GRANT,

    Plaintiff,

v.                                     CASE NO. 8:19-cv-363-T-23JSS

REGAL AUTOMOTIVE GROUP, INC.,

    Defendant.
_____/

**ORDER**

The plaintiff's motion (Doc. 187) to depose a VoiceLogic representative is **GRANTED**. The plaintiff must depose a VoceLogic representative no later than **FEBRUARY 26, 2021**. The defendant's motion (Doc. 194) to reply is **DENIED**.

ORDERED in Tampa, Florida, on January 14, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE