UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MONIFA GRANT
*on behalf of herself and all
others similarly situated,*

Plaintiff,

v.  Case No.: 8:19-cv-00363-JSS

REGAL AUTOMOTIVE GROUP, INC.
D/B/A REGAL HONDA,

Defendant.
_____/

**JOINT STATUS REPORT**

Pursuant to Doc. 235 and 239, the parties file this Joint Status Report regarding the deposition of Voice Logic and advise the court the deposition has not been scheduled.

Respectfully submitted,

/s/ Dale T. Golden
Dale T. Golden, Esq.
FBN: 0094080
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500
Direct: (813) 251-3632
Fax: (813) 251-3675
dgolden@gsgfirm.com
*Counsel for Defendant*