UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO. 8:19-cv-00363-JSS

MONIFA GRANT,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

REGAL AUTOMOTIVE GROUP, INC
D/B/A REGAL HONDA,

    Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## JOINT STATUS REPORT

Plaintiff Monifa Grant ("Grant") and Defendant Regal Automotive Group, Inc. ("Regal"), pursuant to this Court's September 17, 2021 Order (the "Order"), [ECF No. 244], hereby submit the following status update:

1. On September 30, 2021, Plaintiff filed a Motion in the Ontario Canada proceeding ("Canadian Proceeding") which requests that Regal be made a party to the Canadian Proceeding (the "Motion").

2. On October 1, 2021, Plaintiff filed a copy of the Motion with this Court in compliance with the Order. [ECF No. 245].

3. Regal has retained Canadian counsel to represent Regal in the Canadian Proceeding.

4. A hearing on the Motion is scheduled to take place on November 29, 2021.

Date: October 15, 2021

Respectfully submitted,

**EISENBAND LAW, P.A.**
Michael Eisenband
Florida Bar No. 94235
515 E. Las Olas Boulevard, Suite 120
Ft. Lauderdale, Florida 33301
Email:
MEisenband@Eisenbandlaw.com
Telephone: 954.533.4092

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

**IJH Law**
Ignacio J. Hiraldo
Florida Bar No. 0056031
1200 Brickell Ave Suite 1950
Miami, FL 33131
Email: ijhiraldo@ijhlaw.com
Telephone: 786.496.4469

*Counsel for Plaintiff*

**GOLDEN SCAZ GAGAIN**

By: /s/
Dale T. Golden
Florida Bar No.
Email:
1135 Marbella Plaza Dr.

Tampa, Florida 33619

Telephone:

Facsimile:

*Attorneys for Regal*