UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MONIFA GRANT**
*on behalf of herself and all others similarly situated,*

    **Plaintiff,**

v.                                  Case No.: 8:19-cv-00363-JSS

**REGAL AUTOMOTIVE GROUP, INC.
D/B/A REGAL HONDA,**

    **Defendant.**
_____/

## JOINT NOTICE OF BRIEFING SCHEDULE

Plaintiff Monifa Grant ("Grant") and Defendant Regal Automotive Group, Inc. ("Regal"), pursuant to this Court's September 17, 2021 Order (the "Order"), (Doc. 244), hereby submit the following Notice of Briefing Schedule.

1. As the court is aware, the Plaintiff commenced an ancillary proceeding in Ontario, Canada after securing a letter rogatory from this court in April 2021, for the purposes of conducting the deposition of Infolink Technologies Corp. (o/a Voicelogic).

2. On September 17, 2021, the court entered an Order stating, in relevant part:

    > Not later than SEVEN DAYS after a deposition of VoiceLogic that includes the participation of both Grant and Regal, the parties must propose in a notice a briefing schedule to resolve the anticipated renewal of Regal's motion to decertify the class and motion to require the plaintiff to submit a plan to identify the standing of each class member.

3. The deposition of VoiceLogic was completed on January 26, 2022.

4. The parties propose the following briefing schedule:

**March 4, 2022** – Deadline for the Defendant to file a motion to decertify and a motion to require the plaintiff to submit a plan to identify the standing of each class member, if any.

**April 1, 2022** – Deadline for the Plaintiff to file responses to the Defendant's aforementioned motions.

Date: February 1, 2022

Respectfully submitted,

**EISENBAND LAW, P.A.**
*/s/Michael Eisenband*
Michael Eisenband
Florida Bar No. 94235
515 E. Las Olas Boulevard, Suite 120
Ft. Lauderdale, Florida 33301
**HIRALDO P.A.**
Manuel S. Hiraldo
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

**IJH Law**
Ignacio J. Hiraldo
Florida Bar No. 0056031
1200 Brickell Ave Suite 1950
Miami, FL 33131
Email: ijhiraldo@ijhlaw.com
Telephone: 786.496.4469
*Counsel for Plaintiff*

**GOLDEN SCAZ GAGAIN**
*/s/Dale Golden*
Dale T. Golden
Florida Bar No. 0094080
Email: dgolden@gsgfirm.com
1135 Marbella Plaza Dr.
Tampa, FL  33619