UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MONIFA GRANT,

    Plaintiff,

v.                                        CASE NO. 8:19-cv-363-SDM-JSS

REGAL AUTOMOTIVE
GROUP, INC.,

    Defendant.
_____/

## **ORDER**

In accord with a September 17, 2021 order (Doc. 244), the parties announce (Doc. 256) a deposition of VoiceLogic and propose a briefing schedule. The notice (Doc. 256) is **ACCEPTED**. Not later than **MARCH 4, 2022**, the defendant may move to de-certify the class or move to require the plaintiff to submit a plan to identify the standing of each class member or both. Not later than **APRIL 1, 2022**, the plaintiff may respond.

ORDERED in Tampa, Florida, on February 7, 2022.

                                                                    STEVEN D. MERRYDAY
                                                      UNITED STATES DISTRICT JUDGE